**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

FILED-USBC, FLS-MIA
'26 MAR 20 PM 12:15

In re:

Juan David Zapata,

Debtor.

Case No.: 25-25143-LMI

Chapter 7

**MOTION FOR LEAVE TO FILE MOTION TO REDEEM OUT OF TIME**

COMES NOW the Debtor, Juan David Zapata, and respectfully requests leave of Court to file the accompanying Motion to Redeem Personal Property after the expiration of the deadline set forth in 11 U.S.C. § 722 and Bankruptcy Rule 6008, and states:

1. The Debtor filed a voluntary petition under Chapter 7 on December 26, 2025.

2. The § 341 meeting of creditors was originally scheduled for January 26, 2026, and was later continued to February 17, 2026.

3. The Debtor mistakenly believed that the 45-day redemption deadline ran from the continued § 341 meeting date of February 17, 2026, rather than from the originally scheduled date of January 26, 2026.

4. As a result of this misunderstanding, the Debtor did not file the Motion to Redeem by March 12, 2026, the 45th day after the originally scheduled § 341 meeting.

5. This oversight was unintentional and made in good faith. The Debtor has acted promptly upon realizing the error and now seeks leave to file the Motion to Redeem out of time.

6. The short delay in filing causes no prejudice to any party, and granting this motion will allow the Debtor to exercise the statutory right of redemption under 11 U.S.C. § 722.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order granting leave to file the Motion to Redeem Personal Property out of time, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Juan David Zapata

Juan David Zapata

5033 SW 148th Pl

Miami, FL 33185

(305) 205-7555

Jdavidz83@yahoo.com

Debtor, Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by U.S. Mail, postage prepaid, on the following parties on March 20, 2026:

First Florida Credit Union

Attn: Bankruptcy Department

P.O. Box 43310 Jacksonville, FL 32203

Barry Mukamal

The Kapila Building

1000 South Federal Highway, Suite 200

Fort Lauderdale, FL 33316

Dated: March 20, 2026

Juan David Zapata

Debtor, Pro Se

5033 SW 148th Pl

Miami, FL

(305) 205 7555

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

In re:

Juan David Zapata,

Debtor.

Case No.: 25-25143-LMI

Chapter 7

### ORDER GRANTING LEAVE TO FILE MOTION TO REDEEM OUT OF TIME

THIS MATTER came before the Court upon the Debtor's Motion for Leave to File Motion to Redeem Out of Time. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED that:

1. The Debtor's Motion for Leave to File Motion to Redeem Out of Time is GRANTED.

2. The Debtor's Motion to Redeem Personal Property shall be deemed timely filed.

### ### ###