# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

In re:

Juan David Zapata,

Debtor.

Case No.: 25-25143-LMI

Chapter 7

FILED-USBC, FLS-MIA
'26 MAR 20 PM 12:15

## MOTION TO REDEEM PERSONAL PROPERTY

COMES NOW the Debtor, Juan David Zapata, and files this Motion to Redeem personal property pursuant to 11 U.S.C. § 722, and states:

1. The Debtor filed a voluntary petition under Chapter 7 on **December 26, 2025.**
2. The Debtor seeks to redeem the following personal property:
   a. Description: **2020 GMC Terrain SLT**
   b. VIN/Serial Number: 3GKALPEV3LL189912
3. The property is subject to a lien held by:
   First Florida Credit Union
4. The property is exempt or has been abandoned by the Trustee.
5. The fair market value of the property is $12,000.
6. The Debtor proposes to redeem the property by paying $12,000 in a lump sum.
7. Redemption is authorized under 11 U.S.C. § 722.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an Order approving redemption of the above-described property.

Respectfully submitted,

/s/ Juan David Zapata
Juan David Zapata
5033 SW 148th Pl, Miami, FL 33185
(305) 205 7555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served by U.S. Mail, postage prepaid, on the following parties on March 20, 2026:


First Florida Credit Union

Attn: Bankruptcy Department

P.O. Box 43310 Jacksonville, FL 32203


Barry Mukamal

The Kapila Building

1000 South Federal Highway, Suite 200

Fort Lauderdale, FL 33316


Dated: March 20, 2026

Juan David Zapata

Debtor, Pro Se

5033 SW 148th Pl

Miami, FL

(305) 205 7555

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

In re:

   Juan David Zapata,

    Debtor.

Case No.: 25-25143-LMI

Chapter 7

### ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY

THIS MATTER came before the Court upon the Debtor's Motion to Redeem Personal Property. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is

ORDERED that:

1. The Debtor's Motion to Redeem Personal Property is GRANTED.

2. The Debtor may redeem the 2020 GMC Terrain SLT, VIN 3GKALPEV3LL189912, by paying the redemption amount of $12,000 in a lump sum.

### ### ###