

**ORDERED in the Southern District of Florida on April 19, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                              Case No.   25-25143-BKC-LMI

JUAN DAVID ZAPATA,                                Chapter 7

            Debtor.

_____/

**ORDER GRANTING MOTION FOR LEAVE TO FILE**
**MOTION TO REDEEM OUT OF TIME**

THIS CAUSE came before the Court on April 17, 2026, upon the Debtor's Motion for

Leave to File Motion to Redeem out of Time (ECF #31) ("Motion").  The Court having heard

presentation of the Debtor and based upon the record, it is

ORDERED AND ADJUDGED:

1.        The Motion (ECF #31) is GRANTED.

Case No.  25-25143-BKC-LMI

###

Copies furnished to:
Juan David Zapata, pro se Debtor

*The Clerk of Court shall serve a conformed copy of this order upon all parties in interest.*