UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

In re:

Juan David Zapata,                                    Case No. 25-25143LMI

Debtor.                                               Chapter 7

FILED-USBC, FLS-MIA
'26 APR 23 PM2:54

_____/

## NOTICE OF FILING VALUATION EVIDENCE
## IN SUPPORT OF MOTION TO REDEEM PERSONAL PROPERTY

Juan David Zapata ("Debtor"), the above-captioned debtor, by and through [himself, pro se], hereby files this Notice of Filing Valuation Evidence in support of the pending Motion to Redeem Personal Property Pursuant to 11 U.S.C. § 722 (the "Motion to Redeem"), and states as follows:

1. On March 26, 2026 , the Debtor filed the Motion to Redeem seeking to redeem one (1) 2020 GMC Terrain SLT, VIN: 3GKALPEV3LL189912 (the "Vehicle"), from First Florida Credit Union (the "Secured Creditor") pursuant to 11 U.S.C. § 722.

2. In support of the Motion to Redeem, the Debtor hereby files the following valuation evidence to establish the fair market value of the Vehicle as of the date of this filing:

   a. Exhibit A: Kelley Blue Book Fair Market Value Report for the Vehicle; and

   b. Exhibit B: Edmunds True Market Value Report for the Vehicle.

3. The attached valuation reports reflect the replacement value of the Vehicle in its current condition based on recognized and widely accepted industry valuation

sources.

4. These exhibits are filed to assist the Court in determining the appropriate redemption price for the Vehicle under 11 U.S.C. § 722, which permits a debtor to redeem tangible personal property intended primarily for personal, family, or household use by paying the secured creditor the amount of the allowed secured claim as determined under 11 U.S.C. § 506(a).

5. The Debtor reserves the right to supplement or amend the valuation evidence prior to any hearing on the Motion to Redeem.

WHEREFORE, the Debtor respectfully requests that the Court accept and consider the attached valuation evidence in connection with the pending Motion to Redeem.

Dated: April 23, 2026

Respectfully submitted,

Juan David Zapata
5033 SW 148th Pl
Miami, FL 33185
(305) 205 7555
jdavidz83@yahoo.com
Debtor, Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2026, true and correct copies of the foregoing

Notice of Filing Valuation Evidence, together with Exhibits A and B, and the

Renotice of Hearing on Motion to Redeem Personal Property, were served via

U.S. First Class Mail upon the following parties:

First Florida Credit Union

500 W 1ST Street

Jacksonville, FL 32203

Andrea L. Hurley

SPV Risk Management

First Florida Credit Union

500 W 1ST Street

Jacksonville, FL 32203

Juan David Zapata

5033 SW 148th Pl

Miami, FL 33185

(305) 205 7555

jdavidz83@yahoo.com

Debtor, Pro Se

**EXHIBIT A**

Kelley Blue Book Fair Market Value Report

2020 GMC Terrain SLT Sport Utility 4D

VIN: 3GKALPEV3LL189912

Mileage: 97,200

Report Date: April 20, 2026

Home > What's My Car Worth? > **Category & Style**

My Car's Value
# 2020 GMC Terrain
VIN: **3GKALPEV3LL189912**

# Nice! We Found the Car.

Here's what we know, but we might need more information. Please verify and change if necessary.

Category: **SUV**

Style: **SLT Sport Utility 4D**

Engine: **4-Cyl, Turbo, 1.5 Liter**

Drivetrain: **FWD**

Transmission
Automatic, 9-Spd w/Overdrive 9T45 ⌄

# What's Your Mileage and ZIP Code?

Mileage
97,200

ZIP Code
33185

**Next**

Home  >  What's My Car Worth?  >  Category & Style  >  Options  >  Offer Options  >  **Condition**

**My Car's Value**
# 2020 GMC Terrain SLT Sport Utility 4D
VIN: **3GKALPEV3LL189912**　Mileage: **97,200** ✏️

# Have Wear or Damage?

You know your vehicle best. Tell us where it has signs of wear or damage.

**Exterior**　Interior　Mechanical



| Front | Driver | Rear | Passenger | Windows/Lights |

## Do you have damage or wear in these areas?
(Example: dings, dents, scratches or paint chips)



Hood ✓

Grille ✓

Bumper ✓

➕ Molding Trim

Home > What's My Car Worth? > Category & Style > Options > Offer Options > **Condition**



Home  >  What's My Car Worth?  >  Category & Style  >  Options  >  Offer Options  >  **Condition**



My Car's Value
# 2020 GMC Terrain SLT Sport Utility 4D
VIN: **3GKALPEV3LL189912**    Mileage: **97,200** ✎

# Have Wear or Damage?

You know your vehicle best. Tell us where it has signs of wear or damage.

**Exterior**   Interior   Mechanical

| Front ³ | Driver ¹ | Rear ¹ | Passenger ² | Windows/ Lights |

### Do you have damage or wear in these areas?
(Example: dings, dents, scratches or paint chips)

Rear Panel ✓   Rear Door +   Front Door ✓   Front Fender +

Tires & Rims +   Rocker Panel +   Tires & Rims +

Molding Trim +   Brakes +

**Values**   ⚠ **Recall Alerts (2)**

◄ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ►                     🖨 Print

My Car's Value - Disposer

# 2020 GMC Terrain SLT Sport Utility 4D

3.9 ⭐ (74 Ratings)    Write a Review

VIN: **3GKALPEV3LL189912**

# Your Offers and Values



**Trade or Sell to Dealer**



**Sell It Myself Privately**



**Sell to Kelley Blue Book**

 Save This Car     Share This Value

[ Fastest ]

Sell or trade your car with an Instant Cash Offer and skip the wait and the guesswork.



# Your Offer to Trade or Sell to a Dealer

# $9,873

**Offer good until: 4/27/2026**

Use your offer to buy another car or walk away with a check in hand.

- Backed by Kelley Blue Book
- You choose the dealer to work with
- Offer good for 7 days

View Your Offer

# Private Party And Trade-In Ranges

The Private Party Range gives you an estimate if you decide to sell your car directly to another person instead of trading it in. The Trade-In Range gives you an idea of what you can expect to get for your car this week at a dealership.

◯ Private Party    ◎ Trade-In



Trade-in Range
**$9,450 - $11,250**
Trade-in Value
**$10,350**

ℹ Important info
& Definitions

**Based on Good Condition**
Valid for ZIP Code 33185 through 04/20/2026

Don't overpay for car insurance.
Get a policy built just for you.                    →

Advertisement

Sell your car on Autotrader.
List it quickly and securely.                       →

Sell My Car - See My Offers | Edmunds

New   Used   Appraise   Reviews      AI Assistant   NEW



# Congratulations!
# We found you 3 offers.

Your highest offer is from **CarMax** ›



↟ Highest Offer

Your Offer **$7,600**

Expires 4/27/26

View Offer Details ›

---

Offer Details          Appraisal          Sell Privately

# Edmunds Appraisal Report

See how your offers compare to your estimated trade-in value amount of:

# $9,643

**Edmunds True Market Value®**
This is not a firm offer. Learn more

VIN: 3GKALPEV3LL189912

2020 GMC Terrain   |   Mileage: 97,200

## Save your appraisal report

Get a copy of your appraisal report and monthly updates on your car's value.

Email †                                              SEND

Please enter a valid email address.

† By clicking Send, I accept the terms of the Edmunds Visitor Agreement. Our collection and use of your personal information.

**EXHIBIT B**

Edmunds True Market Value Report

2020 GMC Terrain SLT

VIN: 3GKALPEV3LL189912

Mileage: 97,200

Report Date: April 20, 2026

New   Used   Appraise   Reviews     AI Assistant   NEW

 edmunds

# Congratulations!
# We found you 3 offers.

Your highest offer is from **CarMax** >

⚡ Highest Offer



**CARMAX**

Your Offer **$7,600**

Expires 4/27/26

View Offer Details >

| Offer Details | Appraisal | Sell Privately |
|---|---|---|

## Edmunds Appraisal Report

See how your offers compare to your estimated trade-in value amount of:

# $9,643

**Edmunds True Market Value®**
This is not a firm offer. Learn more

VIN: 3GKALPEV3LL189912

2020 GMC Terrain   |   Mileage: 97,200

### Save your appraisal report

Get a copy of your appraisal report and monthly updates on your car's value.

Email †
sash.oliver@gmail.com                                          SEND

† By clicking Send, I accept the terms of the Edmunds Visitor Agreement. Our collection and use of your personal information.



**Sell Your Car Yourself on Edmunds. It's Easy!**
- Make more selling privately
- FREE shareable listing URL
- Get paid securely via Caramel® ⟩



# Your Edmunds Appraisal Report

### As of April 20, 2026

We use data from a wide variety of sources to provide you with your Edmunds appraisal report, considering factors such as the car's year, make, model, trim, mileage, depreciation and features. This is not a firm offer on your car.

Edmunds.com, Inc. is a wholly owned subsidiary of CarMax, Inc. To learn more about the relationship between Edmunds and CarMax, see our Visitor Agreement.

( **Trade-In** )    ( Private Party )    ( Dealer Retail )

**Your car's value**

| $9,643 | $10,390 | $10,964 | $11,309 |
|---|---|---|---|
| Rough ⓘ | Average ⓘ | Clean ⓘ | Outstanding ⓘ |

These True Market Value ® prices are Edmunds' estimates of the average prices dealers are currently paying for this vehicle in your area.

| | Your car's value Rough ⌄ |
|---|---|
| National Base Price ⓘ | $13,148 |
| Color Adjustment ⓘ | -$14 |
| Regional Adjustment ⓘ | -$427 |
| Mileage Adjustment ⓘ | -$2,317 |
| Condition Adjustment ⓘ | -$747 |
| **Rough Condition Value** | **$9,643** |



**SEE EDMUNDS PRICING DATA**

## Is Now The Right Time To Sell?

Edmunds lets you track your **2020 GMC Terrain's** value over time so you can decide when to sell or trade in.

**See pricing history**

† By clicking Send, I accept the terms of the Edmunds Visitor Agreement. Our collection and use of your personal information.









