

**ORDERED in the Southern District of Florida on May 20, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          Case No.   25-25143-BKC-LMI

JUAN DAVID ZAPATA,                              Chapter 7

        Debtor.

_____/

## ORDER GRANTING MOTION TO REDEEM PERSONAL PROPERTY

THIS CAUSE came before the Court on May 19, 2026, upon the Debtor's Motion to

Redeem Personal Property (ECF #32) ("Motion").  The Court having heard presentation of the

Debtor and based upon the record, it is

ORDERED AND ADJUDGED:

1.       The Motion (ECF #32) is GRANTED.

2.       Debtor has 30 days to pay $12,000.00 to Lender.

3.       When the $12,000.00 is received by the Lender for the car, the Lender must issue

Case No.  25-25143-BKC-LMI

a clean title to the Debtor for vehicle description 2020 GMC Terrain SLT,  VIN/Serial Number:

3GKALPEV3LL 189912.

### 

Copies furnished to:
Juan David Zapata, pro se Debtor

*The Clerk of Court shall serve a conformed copy of this order upon all parties in interest.*

2