

**ORDERED in the Southern District of Florida on June 10, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Juan David Zapata

Case No.: 25-25143-PDR
Chapter 7

                    Debtor                    /

**<u>AGREED ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO</u>**
**<u>EXTEND TIME TO COMPLY WITH ORDER GRANTING MOTION TO</u>**
**<u>REDEEM PERSONAL PROPERTY</u>**
(Cancels the hearing set for June 17, 2026, at 10:30AM)

THIS CAUSE came to the Court upon Debtor's Emergency Motion to Extend Time

to Comply with Order Granting Motion to Redeem Personal Property (the "Motion")

ECF#50. The Court, having reviewed the Motion, and noting the agreement of the parties,

it is

**ORDERED AND ADJUDGED**:

1.   The Motion is **GRANTED**.

2.    The deadline for Debtor Juan David Zapata to pay $12,000.00 to First Florida Credit Union under the Order Granting Motion to Redeem Personal Property entered at ECF# 47 is extended through and including **July 15, 2026**.

3.    All other provisions of the Order Granting Motion to Redeem Personal Property entered at ECF# 47 remain unchanged.

# # #

Respectfully submitted by:
Jose A. Blanco, P.A.
Jose A. Blanco, Esq.
Florida Bar No. 062449
102 East 49th Street
Hialeah, Florida 33013
Telephone: (305) 349-3463
Facsimile: (786) 567-5057
Email: jose@blancopa.com
Limited appearance counsel for Debtor Juan David Zapata