**CGFD28** (10/01/16)

**ORDERED in the Southern District of Florida on August 19, 2026**

**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 25−25143−PDR**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Juan David Zapata
5033 SW 148 PL
Miami, FL 33185

SSN: xxx−xx−8035

## FINAL DECREE

The trustee, Barry E Mukamal, having filed a final report that the estate has been fully administered, is discharged and the case is closed.